

| | |
|---|---|
| **United States Department of Agriculture**<br><br>Food and Nutrition Service<br><br>Retailer Operations Division | September 23, 2019<br><br>Mohamed Z Alsaidi<br>Amigos Grocery And Candy Store Corp<br>760 Allerton Ave<br>Bronx, NY 10467-8819<br><br>Dear Sir or Madam: |

United States Department of Agriculture (USDA) investigators have investigated your firm.  A copy of the report is enclosed.  The name(s) of the person(s) who conducted the investigation have been removed.  This report contains evidence that violations of the Supplemental Nutrition Assistance Program (SNAP) regulations have occurred in your firm.

Your firm is charged with accepting SNAP benefits in exchange for merchandise, which, in addition to eligible foods, included common ineligible non-food items.  The misuse of SNAP benefits noted in Exhibit(s) B,C,D violates Section 278.2(a) of the SNAP regulations.

Further, the violations in Exhibits B,C,D warrant a disqualification period of 6 months (Section 278.6(e)(5)).  Under certain conditions, FNS may impose a civil money penalty (CMP) in lieu of a disqualification (Section 278.6(f)(1)).

If you are an authorized vendor under the special Supplemental Nutrition Program for Women, Infants, and Children (WIC), you may be disqualified from the WIC Program as a result of your disqualification from the SNAP.  In accordance with current law governing both the SNAP and the WIC Program, such a WIC Program disqualification is not subject to administrative or judicial review under the WIC Program.  A CMP from the Supplemental Nutrition Assistance Program may also result in a WIC Program disqualification, but such a disqualification would be subject to administrative and/or judicial review.

In the event that you sell or transfer ownership of your store subsequent to your disqualification, you will be subject to and liable for a CMP as provided by SNAP regulations Sections 278.6(f)(2),(3) and (4).  The amount of this sale or transfer CMP will be calculated based on SNAP regulations 278.6(g).

We may disclose information to the public when a retailer has been disqualified or otherwise sanctioned for violations after the time for any appeals has expired.  This information is limited to the name and address of the store, the owner(s)/officer(s) names and information about the sanction itself.

SNAP regulations Section 278.6(b) explain your right to reply to the charges, and Sections 278.6(c) through (m) describe the procedures we will follow in making a decision in this case.  If you wish to present any information, explanation, or evidence

you have regarding these charges, you must reply within 10 calendar days of the date you receive this letter.

You may reply either by phone or in writing. You may have legal counsel assist you in presenting your reply. To respond by phone, please make an appointment for this purpose by telephoning Myrna Loesch at (312) 519-8457. If you schedule but fail to keep an appointment, we will consider that action as a non-response to this letter.

Submit any written response to:

Attn: Myrna Loesch
USDA, Food and Nutrition Service
3101 Park Center Dr
Suite FO – 30
Alexandria, VA 22302
Phone: (312) 519-8457    Fax: (855) 560-0056
Email: myrna.loesch@usda.gov

We will fully consider your reply and any documentation you provide before we make a final decision in this matter. However, if we do not hear from you within 10 calendar days of receipt of this letter, we will make a decision based on the information available to us, and advise you of that decision in writing.

Any documentation submitted becomes the property of FNS and will not be returned.

Current SNAP regulations are available online, at
https://www.fns.usda.gov/snap/retailers-store-training-information.

Sincerely,

*[signature]*

Fredrick Conn
Section Chief, Retailer Operations Division
USDA, Food and Nutrition Service
Supplemental Nutrition Assistance Program

Enclosure(s)